# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01668---SAB<br><br>ORDER VACATING DATES AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>DEADLINE: MARCH 7, 2016 |

On February 5, 2016, Plaintiff filed a notice of settlement of this entire action. Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates are VACATED; and
2. Plaintiff shall file dispositional documents on or before March 7, 2016.

IT IS SO ORDERED.

Dated:  **February 8, 2016**

UNITED STATES MAGISTRATE JUDGE